UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

METROPOLITAN LIFE INSURANCE COMPANY,

          NO. CIV. S-07-920 LKK/KJM

    Plaintiff,

  v.

          O R D E R

ARLENE K. CAFFEY, an individual; KAS A. WILLMON, an individual,

    Defendants.

_____/

    A status conference was held in chambers on August 6, 2007. After hearing, the court orders as follows:

    1.  A further status conference is set for October 22, 2007 1:30 p.m.

    IT IS SO ORDERED.

    DATED: August 7, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1