UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

METROPOLITAN LIFE INSURANCE
COMPANY,

                              NO. CIV. S-07-920 LKK/KJM

        Plaintiff,

   v.

                              O R D E R

ARLENE K. CAFFEY, an
individual; KAS A. WILLMON,
an individual,

        Defendants.

_____/

    A status conference was held in chambers on October 22, 2007. After hearing, the court orders as follows:

    1.  A further status conference is set for December 10, 2007 2:30 p.m.

    2.  Plaintiff is to file a request to withdraw within fifteen (15) days from the date of this order.

    3.  Defendant Caffey is to give notice to defendant Kas A. Willmon of the continued status conference.  Defendant Willmon

////

1

1  is warned that failure to appear will result in the answer being
2  stricken.
3       IT IS SO ORDERED.
4       DATED: October 25, 2007.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

2