1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  SHAWN M. WROBEL  Bar No. 230030
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Plaintiff
6  Metropolitan Life Insurance Company

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11

12 METROPOLITAN LIFE INSURANCE        CASE NO. 2:07-cv-00920-LKK-KJM
   COMPANY,
                                      **ORDER GRANTING PLAINTIFF'S**
13        Plaintiff,                  **MOTION FOR DISCHARGE OF**
                                      **STAKEHOLDER IN INTERPLEADER**
14    v.                              **ACTION AND FOR ATTORNEYS' FEES**
                                      **AND COSTS**
15 ARLENE K. CAFFEY, an individual;
   KAS A. WILLMON, an individual,     Date:   December 7, 2007
16                                    Time:   10:00 a.m
        Defendants.                   Judge:  Hon. Lawrence K. Karlton
17

18      The Court having carefully considered the briefs and arguments of

19 counsel, and good cause appearing, IT IS HEREBY ORDERED that:

20      1.   Plaintiff's Motion for Discharge of Stakeholder in Interpleader

21 Action be, and hereby is, GRANTED.

22      2.   Metropolitan Life Insurance Company ("MetLife") shall deposit the

23 benefits payable under the terms of the MetLife Options and Choice Plan ("Plan

24 benefits") as a result of the death of Robert J. Willmon, including any

25 applicable interest, with the Court within 20 court days of the entry of this

26 Order, pursuant to Local Rule 67-150(a). Upon making such deposit, MetLife,

27 pursuant to 28 U.S.C. § 2361, shall be and hereby is discharged from any

28 further liability to any or all of the defendants herein with regard to the

1  Plan benefits.

2      3.    MetLife further shall be and hereby is discharged and relieved of
3  further responsibility in this action, and the defendants, and each of them,
4  are hereby permanently enjoined from the further assertion of claims relating
5  to the Plan benefits that became payable under the terms of the MetLife
6  Options and Choice Plan as a result of the death of Robert J. Willmon, except
7  by interpleader and assertion of such claims in this action.

8      4.    IT IS FURTHER ORDERED that MetLife shall be awarded its fees and
9  costs incurred in bringing this motion, in an amount to be determined.
10 MetLife shall make its proof of the amount to be so awarded, by a declaration
11 of counsel setting forth the amount of attorneys' fees incurred in the
12 preparation of and hearing on its motion for discharge accompanied by a
13 proposed form of order awarding attorneys' fees.  Such amount shall be paid to
14 MetLife from the interpleaded fund no later than 20 court days after MetLife
15 makes its deposit with the Court, pursuant to further order of the Court.

16     IT IS SO ORDERED.

18 DATED:  November 29, 2007.

                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT