UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

METROPOLITAN LIFE INSURANCE COMPANY,

        Plaintiff,

    v.

ARLENE K. CAFFEY, an individual; KAS A. WILLMON, an individual,

        Defendants.
_____/

NO. CIV. S-07-920 LKK/KJM

O R D E R

A status conference was held in this case on December 10, 2007. Of the remaining parties in the case, one of them, Kas Willmon, is proceeding pro se. Metropolitan Life has indicated it will deposit the sum at issue this week. Accordingly, the court orders that this matter is REFERRED to the Honorable Kimberly J. Mueller for all further pretrial proceedings, pursuant to L.R. 72-302(c)(21).

IT IS SO ORDERED.

DATED: December 11, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT