SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
SHAWN M. WROBEL  Bar No. 230030
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>ARLENE K. CAFFEY, an individual; KAS A. WILLMON, an individual,<br><br>        Defendants. | CASE NO. 2:07-cv-00920-LKK-KJM<br><br>**ORDER AWARDING ATTORNEYS' FEES AND COSTS TO PLAINTIFF FOR PREPARATION OF ITS MOTION FOR DISCHARGE OF STAKEHOLDER IN INTERPLEADER ACTION AND FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:    December 7, 2007<br>Time:    10:00 a.m.<br>Judge:   Hon. Kimberly J. Mueller |

The Court having carefully considered the briefs and arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED that:

1. MetLife shall be awarded its fees and costs incurred in bringing this motion, in the amount of $1,374.00.  This amount shall be paid to MetLife from the interpleaded fund no later than 20 court days after MetLife makes its deposit with the Court.

IT IS SO ORDERED.

DATED:  December 14, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-1-  CASE NO. 2:07-cv-00920-LKK-KJM

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR DISCHARGE AND FOR FEES AND COSTS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28