IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

METROPOLITAN LIFE INS. CO.,

     Plaintiff,                        No. CIV S-07-920 LKK KJM PS

     vs.

ARLENE CAFFEY, et al.,

     Defendants.                   <u>ORDER</u>

_____/

     A status conference was held in this matter on February 27, 2008 before the undersigned. Quinton Miller appeared for defendant and cross-claimant Caffey. Defendant and cross-defendant Willmon appeared in propria persona. Upon consideration of the status report on file in this action, discussion of counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

     Any motion for summary judgment shall be filed no later than March 31, 2008. The parties are reminded that opposition to any motion shall be filed no later than fourteen days prior to the date noticed for hearing on the motion for summary judgment.

DATED: February 27, 2008.

                                          U.S. MAGISTRATE JUDGE

006
metrolife-caffey.oas

1