IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

METROPOLITAN LIFE INS. CO.,

    Plaintiff,                    No. CIV S-07-0920 LKK KJM PS

    vs.

ARLENE CAFFEY, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On October 7, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed October 7, 2008, are adopted in full;

        2. Defendant Caffey's motion for summary judgment is granted;

1

1    3.  The interpled funds be paid to defendant Caffey; and

2    4.  Judgment is entered accordingly.

3   DATED: November 26, 2008.

```
                          /s/ Lawrence K. Karlton
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```