UNITED STATES DISTRICT COURT
EASTERN DISTRICT CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ARLENE K. CAFFEY, an individual; KAS A. WILLMON, an individual,<br><br>　　　　Defendants. | Case No.: 2:07-cv-00920-LKK-KJM<br><br>ORDER ON DISBURSEMENT OF REGISTRY FUNDS |

In accordance with the Court's Order dated November 26, 2008 (Docket #50), and the Judgment in a Civil Case dated November 26, 2008 (Docket #51), the Court determines that the interpled funds on deposit with the Registry in the above-captioned case should be disbursed to the Defendant Arlene K. Caffey.

**IT IS THEREFORE ORDERED** by the Court that the Clerk of the Court is hereby directed to disburse all funds held in the Registry in the above-captioned case to Defendant Arlene K. Caffey at the following address:

> Arlene K. Caffey
> c/o Richard W. Walden
> Attorney at Law
> PO Box 1931
> Broken Arrow, Oklahoma 74013

Dated this 26th day of January, 2009..

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT